FILED

07 AUG 31 PM 2:12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

WDB

|  |  |
|---|---|
| _HELENE AKA_ Plaintiff,<br><br>vs.<br><br>_PRESCOM HOTL_ Defendant(s). | CASE No. **C 07 4531**<br><br>**EMPLOYMENT DISCRIMINATION COMPLAINT** |

1.    Plaintiff resides at:

Address _691 CHENERY ST_

City, State & Zip Code _SAN FRANCISCO, CA 94131_

Phone _(415) 350 - 4145_

2.    Defendant is located at:

Address _545 POST ST_

City, State & Zip Code _SAN FRANCISCO, CA 94131_

3.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employ-

ment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5.

Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4.    The acts complained of in this suit concern:

a. __ Failure to employ me.

b. _✓_ Termination of my employment.

Form-Intake 2 (Rev. 4/05)                    - 1 -

1    c. __ Failure to promote me.

2    d. _X_ Other acts as specified below.

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    5.    Defendant's conduct is discriminatory with respect to the following:

10    a. _X_ My race or color.

11    b. __ My religion.

12    c. _X_ My sex.

13    d. _X_ My national origin.

14    e. __ Other as specified below.

15    _____

16    6.    The basic facts surrounding my claim of discrimination are:

17    _SEX, NATIONAL ORIGIN, RETALIATION_

18    _AGE,_

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    7.    The alleged discrimination occurred on or about _12-10-2005_

26                            (DATE)

27    8.    I filed charges with the Federal Equal Employment Opportunity Commission (or the

28    California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)              - 2 -

1    discriminatory conduct on or about ___6 - 2 - 2005___

2                                    (DATE)

3    9.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter

4    (copy attached), which was received by me on or about ___6 - 11 - 07___.

5                                    (DATE)

6    10.    Plaintiff hereby demands a jury for all claims for which a jury is permitted:

7          Yes __X__    No ____

8    11.    WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate,

9    including injunctive orders, damages, costs, and attorney fees.

10

11   DATED: ___8/31/07___        _____

12                                    SIGNATURE OF PLAINTIFF

13

14   *(PLEASE NOTE: NOTARIZATION*        ___HÉLÈNE AKAR___

15   *IS NOT REQUIRED.)*                    PLAINTIFF'S NAME

16                                    (Printed or Typed)

17

18

19

20

21

22

23

24

25

26

27

28

Form-Intake 2 (Rev. 4/05)              - 3 -



**U.S. Equal Employment Opportunity Commission**
**San Francisco District Office**

350 The Embarcadero
Suite 500
San Francisco, CA 94105
(415)625-5600
TTY (415) 625-5610
FAX (415) 625-5609
1-800-669-4000

Respondent:          PRESCOTT HOTEL
EEOC Charge No.:   550-2006-00335

August 2, 2006

Ms. Helene Akar
2796 Diamond Street
San Francisco, CA 94131

EEOC Number: 550-2006-00335

Ms. Akar:

Now that you have filed a charge with the U.S. Equal Employment Opportunity Commission (EEOC), it is important for you to understand some of our case processing procedures.

A Copy of your charge will automatically be filed with the State of California, Department of Fair Employment and Housing. This is being done to protect your right to file a suit in state court, should you desire to do so at a later date. It is not necessary for you to contact the state agency. Because of the formal agreement between the EEOC and the state agency, the EEOC will be processing your charge. The state agency will not process it unless we request them to do so. This rarely happens, but, it does, we will certainly let you know that we are transferring your charge to the state agency for processing.

In the interest of saving both your time and the time of the state agency, please do not contact that office either to file your charge or to inquire regarding it.

A copy of your charge will be served upon the Respondent within the time limitation set forth under both federal and state laws. In this instance, your charge will be served within ten (10) days following receipt of it by this office.

Finally, we suggest that you keep this notice and a copy of your charge for your records. Be sure to advise us of any change in your address or telephone number. Failure to do so could result in dismissal of your charge. Please use your charge number on all correspondence.

If you need further assistance, please contact Terry Knapp at (415) 625-5667.

Sincerely,
*Michelle L. Nardella*
Enforcement Manager

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING

(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

☐ **H**
1001 Tower Way, Suite 250
Bakersfield, CA 93309
(661) 395-2729

☐ **C**
1320 E. Shaw Avenue, Suite 150
Fresno, CA 93710
(559) 244-4760

☐ **S/T**
611 West Sixth Street, Suite 1500
Los Angeles, CA 90017
(213) 439-6799

☐ **M**
1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2941

☐ **E**
2000 "O" Street, Suite 120
Sacramento, CA 95814
(916) 445-5523

☐ **D**
1350 Front Street, Suite 3005
San Diego, CA 92101
(619) 645-2681

☒ **A**
San Francisco District Office
1515 Clay Street, Suite 701
Oakland, CA 94612
(510) 622-2973

☐ **G**
111 North Market Street, Suite 810
San Jose, CA 95113
(408) 277-1277

☐ **K**
2101 East Fourth Street, Suite 255-B
Santa Ana, CA 92705
(714) 558-4266

Date: August 2, 2006

Case Name: HELENE AKAR
vs. PRESCOTT HOTEL

EEOC No: 550-2006-00335

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

**No response to the DFEH is required by the respondent.**

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

WANDA J. KIRBY
Chief Deputy Director

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2006-00335 |

| **California Department Of Fair Employment & Housing** | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| **Ms. Helene  Akar** | **(415) 239-9110** | **07-25-1954** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2796 Diamond Street, San Francisco, CA 94131** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PRESCOTT HOTEL** | **500 or More** | **(415) 563-0303** |

| Street Address | City, State and ZIP Code |
|---|---|
| **545 Post Street,  San Francisco, CA 94102** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON  (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
**02-10-2006**

☒ CONTINUING ACTION

THE PARTICULARS ARE  (If additional paper is needed, attach extra sheet(s)):

**I was hired with Respondent in January 2005. My most recent position was Front Desk Agent. During my tenure at Respondent, I was subjected to a hostile work environment. For example, I was regularly harassed because of my national origin by Carlos, a Bellman. Some of the things he stated to me were that he didn't like Arabs, that he believed Arabs all killed people, and that he wanted to go back into the military and kill anyone who is against America. Pasha, a Concierge, also harassed me. One example of the types of comments he made to me was when he stated that the other employees all talked about me and said I was crazy and that he thought I was more than crazy. I complained regularly to my direct supervisor, Matthew Bell, and to several other members of Respondent's upper management. I was subjected to different terms and conditions of employment than other employees. I was not allowed to take time off when I requested. However, other employees with less seniority than me were allowed to take time off, sometimes during very busy times when Respondent had stated no one would be allowed to take time off. I was also disciplined for things for which other employees were not. For example, I was written up more than once for wearing a color outside our uniform guidelines while other employees regularly wore colors in violation of the guidelines but did not receive discipline. In about September 2005, Acting GM Garrett Garrison and Mr. Matthew Bell, disciplined me for changing the room of some regular guests despite the fact that I had asked the guests' permission and the guests had expressed to me their satisfaction with the room change. On February 10, 2006, after Mr. Bell gave me my performance evaluation, he told me I was terminated. I appealed my termination to Respondent's**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **7/19/06**<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

RECEIVED
JUL 1 2006
EEOC-SFDO

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 550-2006-00335 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

THE PARTICULARS ARE  (Continued from previous page):

**Human Resources Manager on February 12, 2006 and requested to be hired into one of Respondent's other hotels. My request was denied.**

**Respondent's stated reason for my termination was poor performance.**

**I believe I have been discriminated against because of my National Origin, Lebanese, my age, 51, my sex, female, and in retaliation for engaging in protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| 7/19/06 <br> Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year ) |

EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | Helene Akar<br>691 Chenery Street<br>San Francisco, CA 94131 | From: | San Francisco District Office<br>350 The Embarcadero<br>Suite 500<br>San Francisco, CA 94105 |
|---|---|---|---|

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 550-2006-00335 | Blake C. Wu,<br>Investigator | (415) 625-5671 |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

☐ More than 180 days have passed since the filing of this charge.

☐ Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

☒ The EEOC is terminating its processing of this charge.

☐ The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

☒ The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

☐ The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for **any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Michael Baldonado*

Enclosure(s)

**H. Joan Ehrlich,**
**District Director**

6/11/07
*(Date Mailed)*

cc:    PRESCOTT HOTEL, c/o Margaret Murray, Esq.
      Folger, Levin, & Kahn, LLP
      Embarcadero Center West
      275 Battery Street, 23rd Floor
      San Francisco, CA 94111