FILED

07 AUG 31 PH 2: 12

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CALIFORNIA

E-filing

WDB

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

HELENE AKAR    Plaintiff,

vs.

PRESCOTT HOTEL    Defendant.

C 07 4531

CASE NO. _____

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, _HELENE AKAR_, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?    Yes ____ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____    Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)    - 1 -

and wages per month which you received.

_____

_____

_____

2.    Have you received, within the past twelve (12) months, any money from any of the following sources:

a.    Business, Profession or self employment?                    Yes _X_ No _X_

b.    Income from stocks, bonds, or royalties?                    Yes ___ No _X_

c.    Rent payments?                    Yes ___ No _X_

d.    Pensions, annuities, or life insurance payments?                    Yes ___ No _X_

e.    Federal or State welfare payments, Social Security or other govern- ment source?                    Yes _X_ No ___

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_Alliance Mortgage Co. About $3,500_

_Monticello Hotel $15,200 Approximately. Unemployment ??_

3.    Are you married?                    Yes ___ No _X_

Spouse's Full Name: _____ _None_ _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a.    List amount you contribute to your spouse's support:$ _____

b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support.  (NOTE: For minor

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.    Do you own or are you buying a home?          Yes _____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?          Yes _X_ No _____

Make _Pontiuae_ Year _1997_ Model _SunFire_

Is it financed? Yes _____ No _X_ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account?  Yes _X_ No _____ (Do not include account numbers.)

Name(s) and address(es) of bank: _BAnk_

_____

Present balance(s):  $_____

Do you own any cash?  Yes _X_ No _____ Amount: $ _2,000_

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

market value.)          Yes _____ No _X_

_____

8.    What are your monthly expenses?

Rent: $ _700 -_ _____ Utilities: _____

Food: $ _300 -_ _____ Clothing: _300 -_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| _VISA_ | $ _1,500 -_ | $ _?_ |
| _MC_ | $ _1,000 -_ | $ _?_ |
| _DS_ | $ _500 -_ | $ _?_ |

9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom

they are payable.  Do not include account numbers.)

_YES - $10,000 Sibling & Friends_

Form-Intake 3 (Rev. 4/05)          - 3 -

10.     Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes _____ No _✗_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_8 / 31 / 07_
DATE

_____
SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                    - 4 -