UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE AKAR,<br><br>            Plaintiff,<br><br>    v.<br><br>PRESCOTT HOTEL,<br><br>            Defendant.<br>_____/ | No. C 07-4531 WDB<br><br>REPORT AND RECOMMENDATION THAT ACTION BE REASSIGNED AND DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff filed this action on August 31, 2007, along with an Application to Proceed *In Forma Pauperis* ("Application"). Because Plaintiff failed to state a claim for relief in her Complaint and failed to provide information in her Application sufficient for the court to determine whether she met the statutory requirements to proceed *in forma pauperis*, on September 17, 2007, the Court Ordered Plaintiff to amend her Complaint and Application by no later than October 1, 2007.

Plaintiff did not amend her Complaint or her Application by October 1, 2007, and the Court has heard nothing from Plaintiff since she initially filed this action on August 31, 2007.

///

///

///

1  Accordingly, the Court now reassigns this case to the District Court and RECOMMENDS
2  that it be DISMISSED without prejudice for failure to prosecute.[1]
3  IT IS SO ORDERED.
4  Dated:   October 15, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Copies:  parties, WDB, Stats

---

[1] Absent consent of all parties, a Magistrate Judge does not have authority to make case-dispositive rulings. *See, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988).

2