UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HELENE AKAR,

        Plaintiff,

  v.

PRESCOTT HOTEL,

        Defendant.
                                 /

Case Number: C 07-04531 WDB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Helen Akar
691 Chenery Street
San Francisco, CA 94131

Dated: October 15, 2007

                                          Richard W. Wieking, Clerk
                                          By: Sarah Weinstein, Law Clerk/Deputy Clerk