IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE AKAR, | No. C 07-4531 SI |
| Plaintiff, | **ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |
| v. | |
| PRESCOTT HOTEL, | |
| Defendant. / | |

Plaintiff filed this action on August 31, 2007, along with an application to proceed *in forma pauperis*. The case was originally assigned to Magistrate Judge Brazil. By order filed September 17, 2007, Judge Brazil found that plaintiff's complaint failed to state a claim, and directed plaintiff to amend her complaint no later than October 1, 2007. The September 17, 2007 order also directed plaintiff to provide further information about plaintiff's financial circumstances to enable the Court to assess plaintiff's application to proceed *in forma pauperis*. Plaintiff did not file an amended complaint or provide supplemental information about her financial condition by October 1, 2007. On October 15, 2007, Judge Brazil issued a Report and Recommendation that this action be reassigned to a District Court Judge, and dismissed for failure to prosecute. The action was then reassigned to this Court.

Plaintiff has not taken any action in this case since she filed the complaint on August 31, 2007. Based on this record, the Court finds it appropriate to dismiss this action for failure to prosecute. Accordingly, the Court DISMISSES this action without prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2007

SUSAN ILLSTON
United States District Judge