**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE AKAR, | No. C 07-4531 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PRESCOTT HOTEL, | |
| Defendant. / | |

This Court dismissed the complaint for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 29, 2007

SUSAN ILLSTON
United States District Judge