FEB 12 PM 3: 5o    **02/06/08**

CLERK, U S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Helen Akar**
**691 Chewery Street**
**San Francisco, Ca 94131**

**RECEIVED**

**United States District Court**
**450 Golden Gate Ave.**
**San Francisco, CA 94102**

FEB 1 2 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

**Judge Susan Illston**

To Whom It May Concern:

I filed a case back in August 31, 07 v. Prescott Hotel. **Case #3:07-cv-04531-SI.** I informed the clerk that I was leaving country only for two months, it was an emergency, I left only for 2 months. I filed the case on my own, I couldn't find an attorney to help me at that time, I had short time to leave and it will be time limit to open the case.

I get sick and my MOM was very ill. In October I called to check on my case. I think I talked to Sarah 510-637-3324; said the file missing information, the case will be denied or will close, when you come back will follow up. I decided to stay longer I just came back few days ago.

I received by mail a notice for payment $350. Since I filed, and before I didn't have a job and financially doing very bad. I had a job for a short time. I knew the filing fees will be waved. If I have a financial difficulties.

Please, I need your help in this matter.

I would like to know if I can reopen my case.

Your help will be appreciated

Thanks

Sincerely

OFEICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

RICHARD W. WIEKING
CLERK

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000
FAX (415) 522-2176

# SECOND NOTICE OF PAYMENT DUE

Helen Akar
691 Chewery Street
San Francisco, CA 94131

**Original Due Date:**
8/31/2007

**Second Notice Date:**
1/16/2008

Title 28 USC § 1915(a) provides that the court may authorize the commencement, prosecution or defense of any criminal or civil suit, action or proceeding, or appeal therein, without prepayment of the filing fees by a person who files an affidavit that he is unable to pay such costs. Your application for In Forma Pauperis was denied, however, our records reflect that we have not received your payment.

*This fee is now more than 30 days past due for the following case:*

### Case Title: Akar v. Prescott Hotel

| Case Number | Case Filing Date | Fee Due Date | Amount Owed |
|---|---|---|---|
| 3:07-cv-04531-SI | 8/31/2007 | 8/31/2007 | $350.00 |

Please immediately send a check for $350.00 to the following address:

**United States District Court**
**450 Golden Gate Avenue, 16th Floor**
**San Francisco, CA 94102**

**Make your check payable to "Clerk, U.S. District Court."**
Include the case number on the check to insure proper credit.

If you have any questions about the amount due, please call the Finance Department at (415) 522-2602.

**Payment in full is due upon receipt.    Total amount due:  $350.00**