United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELENE AKAR,

      Plaintiff,

  v.

PRESCOTT HOTEL,

      Defendant.

                                /

No. C 07-4531 SI

**ORDER REOPENING CASE; DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT AND SUPPLEMENTAL INFORMATION REGARDING FINANCIAL CONDITION**

        The Court has received a letter from plaintiff dated February 6, 2008. Plaintiff requests that the Court reopen her case, which was dismissed without prejudice for failure to prosecute on October 29, 2007. Plaintiff states that she was out of the country taking care of her ill mother, and thus unable to attend to this case. The Court finds that plaintiff has demonstrated good cause to reopen this case, GRANTS the request and SETS ASIDE the judgment entered on October 29, 2008. Rule 60(b)(6), Federal Rules of Civil Procedure.

        However, if plaintiff wishes to proceed with this action, plaintiff must provide additional information about the factual basis for her claims, and provide additional information regarding her financial condition. Plaintiff filed an Employment Discrimination Complaint on Form-Intake 2, which poses ten questions for the plaintiff to answer. Plaintiff indicated on her form that she is suing because she believes her employment was terminated unlawfully because of race, sex, and national origin. In answer to Question 6 on the form, which asks plaintiff to describe "the basic facts surrounding [her] claim of discrimination," plaintiff wrote only the words "sex, national origin, retaliation, age." Plaintiff did not provide the facts upon which she bases her legal claims. As currently drafted, plaintiff's complaint fails to state a claim for relief. If plaintiff wishes to proceed with this lawsuit, plaintiff must file an amended complaint, which may take the form of an amendment to Form-Intake 2. In answering

1  Question 6 on the amended form, plaintiff must set forth the core facts, events, or actions by defendant
2  on which she bases her claim. Plaintiff must file an amended complaint **no later than March 28, 2008**.
3  　　　　In addition, the Court needs further information about plaintiff's financial circumstances.
4  Plaintiff states in her Application to Proceed *In Forma Pauperis* that she is unemployed and that in the
5  previous twelve months she received "about $3500" from Alliance Mortgage Co., and approximately
6  $5200 from Monticello Hotel. Plaintiff also states that she has a bank account with $2000 in cash, and
7  that she owns a car with no loan outstanding. With respect to expenses, plaintiff states that her monthly
8  living expenses are $1300 and that she makes <u>monthly payments</u> of between $500 and $1500 on three
9  credit cards. Plaintiff states that she does not know how much she owes in total on each of these three
10 credit cards.
11 　　　　Given that plaintiff states that she is currently unemployed and has only $2000 in her bank
12 account, it is unclear to the Court with what funds plaintiff is able to make the monthly credit card
13 payments. Accordingly, if plaintiff would like the Court to consider her Application, **by no later than**
14 **March 28, 2008**, plaintiff must file a Supplemental Application, explaining to the Court whether she
15 makes these credit card payments on a monthly basis, and if so, identifying the sources from which she
16 makes the payments. Alternatively, if plaintiff made this statement in error and did not intend to say
17 that she makes these payments on an monthly basis, plaintiff must correct the information on her
18 Supplemental Application to inform the Court of what the correct answer should be to Question 8 with
19 respect to her charge accounts. In addition, if plaintiff's financial circumstances have changed since she
20 filed the initial Application, she may indicate that by providing updated financial information on the
21 Supplemental Application.

23 **IT IS SO ORDERED.**

25 Dated: March 17, 2008

　　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　United States District Judge

2