FILED
'08 MAR 28 PM 3:54
[stamp: clerk, U.S. District Court, Northern District of California]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

HELENE AKAR, Plaintiff,

vs.

PRESCOTT HOTEL, Defendant.

CASE NO. C 07- 4531 SI

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, HELENE AKAR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___  No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                - 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5 | 2. Have you received, within the past twelve (12) months, any money from any of the
6 | following sources:

7 |     a. Business, Profession or        Yes _X_ No ___
8 |         self employment?

9 |     b. Income from stocks, bonds,        Yes ___ No _X_
10 |         or royalties?

11 |     c. Rent payments?        Yes ___ No _X_

12 |     d. Pensions, annuities, or        Yes ___ No _X_
13 |         life insurance payments?

14 |     e. Federal or State welfare payments,        Yes _X_ No ___
15 |         Social Security or other govern-
16 |         ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount
18 | received from each.
19 | __Montecello Hotel APRoximetly $5,200__
20 | __Unemployement (Short Time) End April 12/08__

21 | 3. Are you married?        Yes ___ No _X_
22 | Spouse's Full Name: __None__
23 | Spouse's Place of Employment: _____
24 | Spouse's Monthly Salary, Wages or Income:
25 | Gross $_____ Net $_____
26 | 4.     a. List amount you contribute to your spouse's support:$ _____
27 |     b. List the persons other than your spouse who are dependent upon you for support
28 |         and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)        - 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____
3  _____
4  5.   Do you own or are you buying a home?    Yes ___ No _x_
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?    Yes _x_ No ___
7  Make _PONTIAC_ Year _1997_ Model _SUN FIRE_
8  Is it financed? Yes ___ No _x_ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes _x_ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _BANK OF AMERICA / VAN NESS &_
   _MARKET_
12 _WELLS FARGO / SUNSET BANK, US BANK / CASTRO_
13 Present balance(s): $ _300 -_
14 Do you own any cash? Yes _x_ No ___ Amount: $ _2.50 -_
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                        Yes ___ No _x_
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ _700_  Utilities: $ _70  PHONE_
20 Food: $ _220_  Clothing: _____
21 Charge Accounts:
22 Name of Account         Monthly Payment         Total Owed on This Account
23 _VISA_          $ _PAYMENTS DELAYED_    $ _____
24 _MASTER CARD_   $ _UNABLE TO PAY_       $ _____
25 _DISCOVER_      $ _PRESENTLY_           $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _$10,000 => RELATIVES LOANS, FRIENDS $500, EACH._

Form-Intake 3 (Rev. 4/05)          - 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_3/28/2008_                         _[signature]_
    DATE                         SIGNATURE OF APPLICANT

Form-Intake 3 (Rev. 4/05)                - 4 -