Helene Akar
691 Chenery Street
San Francisco, CA  94131
Telephone: (415)350-4145
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : HELENE AKAR
Defendant : PRESCOTT HOTEL

Ref#: 234465        *   **PROOF OF SERVICE**   *   Case No.: C07-4531 SI

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

SUMMONS IN A CIVIL ACTION; EMPLOYMENT DISCRIMINATION COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served     : PRESCOTT HOTEL

    By serving       : Grace Nishikawa, Authorized Agent

    Address          : (Business)
                       222 Kearny Street, Suite 200
                       San Francisco, CA 94108

    Date of Service: April 17, 2008

    Time of Service: 2:00 PM

Person who served papers:
JAMES E. MACDONALD
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $50.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 1003
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 18, 2008                    Signature _James E. MacDonald_

## Invoice/Service Report

**Client#:** 14
**Inv#:** 234465
**Date:** April 18, 2008

---

**Client:** PRE-PAID CLIENT
1112 Bryant Street #200
San Francisco, CA 94103
**Attention:** HELENE
**Case No.:** C07-4531 SI
**Court:** UNITED STATES DISTRICT COURT
**Plaintiff:** HELENE AKAR
**Defendant:** PRESCOTT HOTEL
**Ref No.:**
**Document(s):** SUMMONS IN A CIVIL ACTION; EMPLOYMENT DISCRIMINATION COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

---

**Report:** Service on: PRESCOTT HOTEL - Nir E. Margaut, Agent for Service - Business address (B) : 222 Kearny Street, Suite 200, San Francisco, CA 94108 - Residence address (H) : UNKNOWN - 4/17/2008 @ 2:00 PM (B) Agent is not in the office. Grace Nishikawa, Esecutive Assistant for Legal Department, is authorized to accept to service.; Service was effected at the Business address on April 17, 2008. Declaration(s) re service were returned April 18, 2008 **

---

**Fees and Costs:**   1 Regular Service - San Francisco @ $50.00                    $50.00

**Invoice Total:**    $50.00

---

**Specialized Legal Services, Inc.**
P.O. Box 77141
San Francisco, CA 94107
(415) 357-0500
IRS# 94-3315956