Margaret E. Murray (SB #130946)
LAW OFFICES OF MARGARET E. MURRAY
517 Los Palmos Drive
San Francisco, CA 94127
(415) 585-5400 (phone)
(415) 585-2722 (fax)
Margaret@memlawsf.com (email)

Attorneys for Defendant Prescott Hotel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Helene Akar,<br><br>    Plaintiff,<br><br>    vs.<br><br>Prescott Hotel,<br><br>    Defendant | Case No. C07-4531 SI<br><br>DECLARATION OF MARGARET E. MURRAY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND PETITION TO COMPEL ARBITRATION<br><br>Date:  June 6, 2008<br><br>Time:  9 A.M.<br><br>Dept.: 10 |

I, Margaret E. Murray, declare and state:

1.   I am an attorney duly licensed to practice before this Court and the courts of the State of California.  I make this declaration based on my own personal knowledge.  If called upon to testify concerning the matters stated herein, I could and would testify competently thereto.

Declaration of Margaret E. Murray in Support of Defendant's Motion to Dismiss and Petition to Compel Arbitration

1

2.     Attached as Exhibit A to this Declaration is a true and correct copy of an Arbitration Agreement between Plaintiff and Defendant.  I am informed and believe and thereon allege that the original of this Arbitration Agreement has been contained in the personnel file of Helene Akar maintained by her former employer, The Prescott Hotel, since Plaintiff signed the agreement on January 5, 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 7th day of May 2008 at San Francisco, California.

*/s/ Margaret E. Murray*

Margaret E. Murray

Declaration of Margaret E. Murray in Support of Defendant's Motion to Dismiss and Petition to Compel Arbitration

DATE

Dear ~~Helene~~ AKan,

This agreement will confirm that you have accepted employment with ~~the Prescott Hotel~~ (the "Company") in the position of _Guest service agent_ effective _January 4, 2005_. Your starting rate of pay will be _14.00_ /hr (non-exempt).

Following your date of hire, you will receive a 90-day performance review and an annual performance and salary review thereafter on or about the anniversary of your hire date. (Salary increases are not guaranteed and are granted at the sole discretion of Company).

Additionally, you will be eligible to participate in the Company's health insurance plan the first day of the month following 90 days of service (full-time employees who work a minimum of 30 hours or more per week). All benefit plans are provided at the discretion of the Company and may change periodically with or without notice.

You understand that your employment is terminable "at-will" which means that it may be terminated by you or by the Company at any time, with or without cause and with or without notice. In the event that issues or conflicts arise during your employment or the termination of such employment, you agree to utilize the company's internal complaint procedures (Open Door Policy/Employee Appeal Procedures) contained in the Employee Handbook.

**ARBITRATION**

**THE FOLLOWING CONTAINS VERY IMPORTANT INFORMATION REGARDING YOUR RIGHTS AND OBLIGATIONS AS AN EMPLOYEE OF** _the Prescott Hotel_ **PLEASE READ CAREFULLY.**

In consideration for and as a material condition of your employment and the continuation of your employment with the Company, you and the Company agree to submit for resolution pursuant to the American Arbitration Association's ("AAA") National Rules for the Resolution of Employment Disputes, as amended and effective on January 1, 2001("National Rules"), any employment-related disputes which are not resolved through the Company's employee appeal procedure. Employment-related disputes are any actual or alleged events, claims or disputes in connection with or concerning or arising out of your employment, or the administration or termination of your employment, including those based upon alleged violations of federal and/or state laws, including, but not limited to Title VII of the Civil Rights Act of 1964, as amended, the Americans with Disabilities Act, the Age Discrimination in Employment Act and, with the exception of claims for workers' compensation benefits, unemployment compensation benefits, claims under any of the Company's employee welfare benefit and pension plans, and any other claims prohibited by law from being resolved by arbitration. You and the Company agree that any such matter, claim, dispute or grievance will be subject to this
arbitration provision regardless of whether or not said matter, claim, dispute or grievance is with or against the Company or an affiliate of the Company.

By signing this agreement, the parties acknowledge that they have received and read carefully the National Rules. Questions about the National Rules should be raised with your General Manager. Additional copies of the National Rules are available in the General Managers office or through the Human Resources office of the management company, Kimpton Hotel and Restaurant Group, L.L.C.

A 1.

To insure the timely resolution of disputes, arbitration must be initiated within one (1) year of the time the claim accrues. In the case of a claim or dispute involving statutory rights, the time limit is the longer of one (1) year or the applicable statute of limitations. The failure to initiate arbitration within this time limit will forever bar any claim involving that dispute. To initiate an arbitration, the parties agree to follow the steps outlined in the National Rules.

The dispute shall be resolved by exclusive, final and binding arbitration by the AAA before a single neutral arbitrator knowledgeable in employment law who shall follow applicable state and federal law and whose decision shall be final and binding upon both the Company and the employee. In selecting an arbitrator, the AAA shall be required to send the employee and the Company an initial list of ten potential arbitrators. The parties will alternately eliminate candidates until one arbitrator remains to hear the matter. Judgment upon an award rendered by the arbitrator may be entered in any court having jurisdiction.

The arbitration shall take place in the City in which your employment is located.

Both parties have the right to be represented by an attorney during any phase of the arbitration proceedings. Each party is responsible for the expenses of its own representation, as well as the costs of producing its evidence.

As a benefit to employees, the Company will pay all of the expenses and fees of the arbitrator. The Company will also pay seventy-five (75) percent of the AAA's administrative fees; the employee will pay twenty five (25) percent. All other expenses will be borne equally by the parties.

**By signing this agreement, the parties are waiving their right to a jury trial or a court trial of any employment-related dispute, as defined above.**

If you have any questions or require clarification regarding any of the items listed above, please discuss and resolve those with me prior to signing below.

Sincerely,

_[signature]_

I HAVE READ THE FOREGOING AND ACKNOWLEDGE AND AGREE TO ALL CONDITIONS SET FORTH:

By: _[signature]_          HELENE E. AKAR          1/05/05
Employee Signature         Employee Name (print)    Date Signed

A
2.