1  Margaret E. Murray (SB #130946)
   LAW OFFICES OF MARGARET E. MURRAY
2  517 Los Palmos Drive
   San Francisco, CA 94127
3  (415) 585-5400 (phone)
   (415) 585-2722 (fax)
4  Margaret@memlawsf.com (email)

5  Attorneys for Defendant Prescott Hotel

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 Helene Akar,                        )  Case No. C07-4531 SI
                                       )
12         Plaintiff,                  )  [Proposed] ORDER GRANTING
                                       )  DEFENDANT'S MOTION TO DISMISS
13     vs.                             )  AND PETITION TO COMPEL
                                       )  ARBITRATION
14 Prescott Hotel,                     )
                                       )
15         Defendant                   )
                                       )
16                                     )
                                       )
17 _____)

18     The motion of Defendant Prescott Hotel to dismiss Plaintiff Helene Akar's first amended

19 complaint with prejudice and its petition to compel arbitration pursuant to the parties' written

20 arbitration agreement came on regularly for hearing before the Honorable Susan Illston, Plaintiff

21 Helene Akar appearing in pro per and Margaret E. Murray appearing for Defendant.

22 Having reviewed the pleadings and other papers submitted by the parties and having heard oral

23 argument, IT IS ORDERED that:

24 [Proposed] ORDER GRANTING Defendant's Motion to Dismiss and Petition to Compel Arbitration  -- Case No.

25 C-07-4531 SI

1. Defendant's Motion to Dismiss Plaintiff's first amended complaint WITHOUT LEAVE TO AMEND is GRANTED on the ground that the Court lacks subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) and

2. Defendant's Petition to Compel Arbitration is GRANTED.

IT IS SO ORDERED.

DATED: _____

U.S. District Court Judge

[Proposed] ORDER GRANTING Defendant's Motion to Dismiss and Petition to Compel Arbitration -- Case No. C-07-4531 SI