UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

AKAR et al,

       Plaintiff,

v.

PRESCOTT HOTEL et al,

       Defendant.

Case Number: CV07-04531 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Helen Akar
691 Chewery Street
San Francisco, CA 94131

Dated: June 3, 2008

       Richard W. Wieking, Clerk
       By: Tracy Sutton, Deputy Clerk