**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE AKAR, | No. C 07-4531 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PRESCOTT HOTEL, | |
| Defendant. / | |

Defendant's petition to compel arbitration has been granted and the action has been dismissed. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 2, 2008

SUSAN ILLSTON
United States District Judge